*Wednesday, February 26, 1997*

## MOTION DOCKET

**95–64. State ex rel. Crandall, Pheils & Wisniewski v. DeCessna.**
In Procedendo and Prohibition. This cause came on for further consideration upon relators' motion for an order to show cause. On December 18, 1996, this court issued an alternative writ setting forth a briefing schedule. On February 6, 1997, this court granted relators' request for a stay of proceedings. Relators have now filed a motion for an order dismissing their earlier-filed motion for an order to show cause as moot. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**96–1654. State ex rel. McAdoo v. Indus. Comm.**
Franklin App. No. 95APD05–615. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the application of appellant/cross-appeal, Industrial Commission of Ohio, for dismissal of its appeal,

IT IS ORDERED by the court that the application for dismissal of the appeal be, and hereby is, granted.

The cross-appeal of Chandra McAdoo remains pending.

**96–2515. State ex rel. Ochs v. Indus. Comm.**
Franklin App. No. 95APD10–1359.

This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the application of appellants/cross-appellees for dismissal of their appeal,

IT IS ORDERED by the court that the application for dismissal of the appeal be, and hereby is, granted.

The cross-appeal of Rodney Ochs remains pending.

IT IS FURTHER ORDERED by the court that cross-appellant's brief is due March 10, 1997.

**97–33. State ex rel. Ochs v. Indus. Comm.**
Franklin App. No. 95APD10–1359.

This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Friday, February 28, 1997*

## MOTION DOCKET

**96–2247. State ex rel. The Plain Dealer v. Ohio Dept. of Ins.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' and intervening respondent's motions for protective orders,

IT IS ORDERED by the court that the motions for protective orders be, and hereby are, denied.

MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., would grant relators' motion only.